FILED
2017 Jul-19  PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MARIO AVILA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:15-cv-01989-AKK-JHE |
| | ) | |
| ANGELA MIREE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 26, 2017, recommending the defendant's motion for summary judgment be granted.  Doc. 27.  Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the defendant's motion for summary judgment is due to be **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** the 19th day of July, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

---

[1] On July 10, 2017, the plaintiff filed a motion for leave to amend the complaint.  Doc. 28.  The plaintiff's motion for leave to amend did not include any objections to the magistrate judge's report and recommendation. (*Id.*).